# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# OFFICE OF THE CLERK
# U.S. COURTHOUSE
# 300 QUARROPAS STREET
# WHITE PLAINS, NY 10601

DATE: 3/27/06

NAME OF DEFENDANT: Christopher Hughes

DOCKET NUMBER: S1 06cr 122 (SCR)

TO THE WARDEN

THE DEFENDANT: Christopher Hughes

HAS BEEN REMANDED TO THE M.C.C. IN LIEU OF BAIL.

AT THE HEARING BEFORE THE COURT THE FOLLOWING

INFORMATION REQUIRING YOUR ATTENTION WAS DISCLOSED:

Any and all medicine as needed

SO ORDERED:

George A. Yanthis
United States Magistrate Judge
Southern District of New York