UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

CHRISTOPHER HUGHES

_____

ROBINSON, J.

S5 06CR0122(SCR)

ORDER ACCEPTING PLEA ALLOCUTION



The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, August 18, 2006 is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: ~~August~~ Sept. 1, 2006

SO ORDERED:

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____